IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN BREWER and JANET BREWER,<br><br>    Plaintiffs,<br><br>vs.<br><br>ENERFIN RESOURCES I LP, dba<br>ENERFIN RESOURCES COMPANY,<br>A Texas Limited Partnership<br><br>    Defendant. | CASE NO. CIV-24-221-JAR<br><br>(Removed from the District Court of<br>Seminole County, State of Oklahoma,<br>Case No. CJ-2023-57) |

## NOTICE OF REMOVAL

Defendant, Enerfin Resources I Limited Partnership ("Enerfin"), removes the above-captioned action from the District Court of Seminole County, State of Oklahoma to the United States District Court for the Eastern District of Oklahoma under 28 U.S.C. §§ 1332, 1441, and 1446.  The grounds for removal are as follows:

1.    Plaintiffs Sean Brewer and Janet Brewer commenced this action entitled *Sean Brewer and Janet Brewer vs. Enerfin Resources I Limited Partnership, d/b/a Enerfin Resources Company*, Case No. CJ-2023-501, in the District Court of Seminole County, State of Oklahoma (the "Action) by filing their Petition on May 26, 2023.  Ex. 1.

2.    Plaintiffs served the Petition and Summons on Enerfin by certified mail on June 5, 2023.  Ex. 2.

3.    The Petition is attached as Exhibit 1.  The Service of Process Transmittal is attached as Exhibit 2.  The Summons served on Enerfin is attached as Exhibit 3.  Enerfin's Entry of Appearance and Reservation of Time is attached as Exhibit 4.  Enerfin's Answer is attached as Exhibit 5.  The state court docket sheet and all additional documents filed and served in the case

are attached as Exhibit 6.  Enerfin is unaware of the existence of any additional process, pleadings, or orders.  Further, Enerfin is unaware of any motions pending before the Seminole County District Court in this matter, other than the motion attached at Ex 6-A.

4.   As set forth more fully below, this case is properly removed to this Court under 28 U.S.C. §§ 1332, 1441, and 1446 because Enerfin has satisfied the procedural requirements for removal and the Court has subject matter jurisdiction under 28 U.S.C. § 1332(a).

**I.   Removal is proper under 28 U.S.C. § 1332(a).**

5.   The Court has diversity jurisdiction under 27 U.S.C. § 1332(a).  This is a civil action where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and complete diversity of citizenship exists between Plaintiffs and Enerfin.  Enerfin may therefore remove this Action under 28 U.S.C. § 1441(a).

**A. Complete diversity of citizenship exists between Plaintiffs and Enerfin.**

6.   Enerfin is a foreign limited partnership organized under the laws of Texas.  Enerfin's principal place of business is in Houston, Texas.  For purposes of diversity jurisdiction under § 1332(a), Enerfin is deemed to be a citizen of Texas.  *See* 28 U.S.C. § 1332(c)(1).

7.   Plaintiffs are Oklahoma residents residing in Seminole County, Oklahoma.  Plaintiffs are deemed to be Oklahoma citizens for purposes of diversity jurisdiction.  *See* 28 U.S.C. § 1332(a).

8.   Because Plaintiffs are citizens of Oklahoma and Enerfin is a citizen of Texas, complete diversity exists.

**B. The amount-in-controversy requirement is satisfied.**

9.   The amount-in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332 is satisfied because Plaintiffs seek damages in excess of $75,000.00.

**II.     Enerfin has satisfied the procedural requirements for removal.**

10.     Under 28 U.S.C. § 1446(b)(3), a notice of removal may be filed within 30 days after defendant's receipt, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. This Notice of Removal is filed within 30 days of Enerfin's receipt of "other paper" notifying Enerfin that the case has become removable.

11.     Written notice of the filing of this Notice of Removal will be given to Plaintiffs and filed with the clerk of the District Court for Seminole County promptly after filing this notice of removal pursuant to 28 U.S.C. § 1446(d).

**III.    Conclusion.**

12.     For these reasons, Enerfin Resources Limited Partnership hereby removes this action to the United States District Court for the Eastern District of Oklahoma in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. Enerfin respectfully requests the Court assume jurisdiction over this action and that all further proceedings in the District Court for Seminole County, Oklahoma be stayed.

Respectfully submitted,

/s/ Sean-Michael Brady
Jay W. Dobson, OBA No. 32546
Sean-Michael Brady, OBA No. 33842

OF THE FIRM

>Elias Books Brown & Nelson, P.C.
>Two Leadership Square, Suite 1300
>211 N. Robinson Avenue
>Oklahoma City, Oklahoma 73102-7114
>Telephone: 405/232-3722
>Facsimile: 405/232-3746
>Email: jdobson@eliasbooks.com
>Email: mbrady@eliasbooks.com
>
>**ATTORNEYS FOR DEFENDANT
>ENERFIN RESOURCES I
>LIMITED PARTNERSHIP**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 27, 2024, I electronically transmitted the foregoing document to the Court Clerk using the ECF system for electronic filing and transmittal of a Notice of Electronic Filing to the following EFC registrants:

Richard E. Butner
Rhett Butner
BUTNER & BUTNER
P.O. Box 1460
Wewoka, OK  74884
richardbutner9@msn.com
**ATTORNEY FOR PLAINTIFFS**

>/s/ Sean-Michael Brady