

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2023-06-05

Thomas M. Imre
**ENERFIN RESOURCES I LIMITED PARTNERSHIP**
1001 South Dairy Ashford RD.
Suite 220
Houston, TX 77077 USA

**NOTICE OF CONFIDENTIALITY**

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE:   ENERFIN RESOURCES I LIMITED PARTNERSHIP**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer:  BUTNER & BUTNER

**SERVICE INFORMATION**

| | |
|---|---|
| Service Date: | 2023-06-05 |
| Service Time: | 12:10PM CDT |
| Service Method: | Mail (Certified) |

**RASi REFERENCE INFORMATION**

| | |
|---|---|
| Service No.: | 0260043 |
| RASi Office: | Oklahoma |
| Rec. Int. Id.: | JLW |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | CJ-2023-57 |
| File Date: | 05/26/2023 |
| Jurisdiction: | OKLAHOMA DISTRICT COURT WITHIN AND FOR SEMINOLE COUNTY |
| Case Title: | SEAN BREWER, ET AL  VS.  ENERFIN RESOURCES I LP, ET AL |

**ANSWER / APPEARANCE INFORMATION**

20 days          *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

| | |
|---|---|
| Firm/Issuing Agent: | BUTNER & BUTNER |
| Attorney/Contact: | RICHARD E. BUTNER |
| Location: | Oklahoma |
| Telephone No.: | 405-257-6254 |

**DOCUMENT(S) RECEIVED & ATTACHED**

Summons
Affidavit / Certification
Petition:

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

EXHIBIT 2

ORIGINAL

Please Return To:
Seminole County Court Clerk
Seminole County Courthouse
P.O. Box 130
Wewoka, OK 74884-0130

ISSUED
MAY 26 2023

## IN THE DISTRICT COURT WITHIN AND FOR SEMINOLE COUNTY
### STATE OF OKLAHOMA

SEAN and JANET BREWER, )
             Plaintiffs, )
                            )   CJ-2023-57
     - vs - )
                            )
ENERFIN RESOURCES I LP, dba )
ENERFIN RESOURCES COMPANY, )
A Texas Limited Partnership, )
             Defendant. )

## SUMMONS

TO: ENERFIN RESOURCES ILP,
     A Texas Limited Partnership

     You have been sued by the above named plaintiffs, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. A copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you together with the costs of the action.

     Issued on May 26, 2023.

                                               KIM DAVIS, COURT CLERK

[SEAL]
By _____Kim Da_____
                                               Deputy Court Clerk

Richard E. Butner   OBA #1385
R. Rhett Butner OBA#22514
Butner & Butner
Post Office Box 1460
123 S. Wewoka Avenue
Wewoka, Oklahoma 74884
Telephone (405) 257-6254
Attorney for Plaintiff

     This summons was served on _____.

                                            _____
                                            Signature of person serving summons

**EXHIBIT 2**

YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

EXHIBIT 2

IN THE DISTRICT COURT WITHIN AND FOR SEMINOLE COUNTY

STATE OF OKLAHOMA



SEMINOLE COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT
MAY 26 2023
KIM A. DAVIS, COURT CLERK
BY _____ DEPUTY

| | |
|---|---|
| SEAN BREWER and JANET BREWER, Husband and Wife, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ENERFIN RESOURCES I LP, dba )<br>ENERFIN RESOURCES COMPANY, )<br>A Texas Limited Partnership, )<br>)<br>Defendant. ) | CJ-2023-57 |

## PETITION

COME now the PLAINTIFFS, SEAN BREWER and JANET BREWER, Husband and Wife, and for their PETITION, allege and state as follows, to-wit:

1. THAT at all times mentioned herein, PLAINTIFFS were, and still are, the owners of the following described real property situated in Seminole County, Oklahoma, to-wit:

> The South Half of the Northeast Quarter of the Northeast Quarter (S/2 NE/4 NE/4) of Section Twenty-Five (25), Township Ten (10) North, Range Seven (7) East, Seminole County, Oklahoma, less and except all oil, gas and other minerals.

2. THAT at all times mentioned herein, DEFENDANT, ENERFIN RESOURCES I LP, was and still is, a Texas Limited Partnership.

3. THAT DEFENDANT claims that it has a pipeline easement over and across PLAINTIFFS' property situated in Seminole County, Oklahoma, but PLAINTIFFS deny such claim and demands strict proof thereof.

**EXHIBIT 2**

4. THAT on or about the 11th day of June, 2021, and for a time thereafter, DEFENDANT'S pipeline leaked Oil and/or other caustic substances over and upon the real property owned by the PLAINTIFFS described above.

5. THAT the leak was caused by the negligence of the DEFENDANT in the operation of it's pipeline easement and/or trespass over and upon PLAINTIFFS' property..

6. THAT as a direct and proximate result of DEFENDANT'S negligence, PLAINTIFFS have suffered damages IN EXCESS OF TEN THOUSAND ($10,000.00) dollars.

7. THAT in the alternative, or in addition to actual damages, PLAINTIFFS are entitled to Punitive Damages in an amount in excess of TEN THOUSAND DOLLARS, ($10,000.00).

WHEREFORE, premises considered, PLAINTIFFS pray that upon the trial of this matter that they be granted judgment against the DEFENDANT for damages IN EXCESS OF TEN THOUSAND DOLLARS, ($10,000.00), Punitive Damages in excess of TEN THOUSAND DOLLARS, ($10,000.00), their Attorney's Fees, Costs, and other relief proper in the premises.

*Richard E Butner*
Richard E. Butner, OBA #1385
Rhett Butner, OBA #22514
Attorneys for PLAINTIFFS

BUTNER & BUTNER
Attorneys at Law
P.O. Box 1460
Wewoka, OK 74884

(405) 257-6254
FAX: 257-5638
richardbutner9@msn.com

EXHIBIT 2

STATE OF OKLAHOMA     )
                      )  ss   Verification
COUNTY OF SEMINOLE    )

We, SEAN BREWER and JANET BREWER, Husband and Wife, after being duly sworn upon our oaths, state as follows, to-wit:

THAT we have read the attached PETITION and are familiar with the contents therein.

THAT the contents are true and correct to the best of our knowledge and belief.

_____
Sean Brewer, Plaintiff

_____
Janet Brewer, Plaintiff

Subscribed and sworn to before me this 22nd day of May, 2023.

_____
Notary Public

SEAL 

EXHIBIT 2

**BUTNER & BUTNER**
ATTORNEYS AT LAW
POST OFFICE BOX 1460
123 S. WEWOKA AVE.
WEWOKA, OKLAHOMA 74884-1460

U.S. POSTAGE PAID
FCM LETTER
WEWOKA, OK
74884
JUN 02, 23
AMOUNT
**$8.37**
R2305M148691-02

7022 0410 0002 4144 1185

74104

Registered Agent Solutions Inc
2021 S. Lewis Ave
Tulsa, OK 74104

Re: Enerfin Resources I
A Limited Partnership04-579339

EXHIBIT 2