ORIGINAL

Please Return To:
Seminole County Court Clerk
Seminole County Courthouse
P.O. Box 130
Wewoka, OK 74884-0130

ISSUED

# IN THE DISTRICT COURT WITHIN AND FOR SEMINOLE COUNTY
## STATE OF OKLAHOMA

SEAN and JANET BREWER,            )
                  Plaintiffs,  )
                                                )   CJ-2023-57
                                                )
- vs -                                           )
                                                )
ENERFIN RESOURCES I LP, dba    )
ENERFIN RESOURCES COMPANY,  )
A Texas Limited Partnership,              )
                  Defendant.   )

SEMINOLE COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

JUN 2 0 2023

KIM A. DAVIS, COURT CLERK
BY_____ DEPUTY

## SUMMONS

TO: ENERFIN RESOURCES ILP,
    A Texas Limited Partnership

    You have been sued by the above named plaintiffs, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. A copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you together with the costs of the action.

    Issued on May 26, 2023.

                                  KIM DAVIS, COURT CLERK

[SEAL]
By_____Kim Da_____
                                  Deputy Court Clerk

Richard E. Butner   OBA #1385
R. Rhett Butner OBA#22514
Butner & Butner
Post Office Box 1460
123 S. Wewoka Avenue
Wewoka, Oklahoma 74884
Telephone (405) 257-6254
Attorney for Plaintiff

    This summons was served on _____.

                                  _____
                                  Signature of person serving summons

**EXHIBIT 3**

YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**EXHIBIT 3**

IN THE DISTRICT COURT WITHIN AND FOR SEMINOLE COUNTY

STATE OF OKLAHOMA

| | |
|---|---|
| SEAN AND JANET BREWER, ) | |
| ) | |
| Plaintiffs, ) | CJ-2023-57 |
| ) | |
| vs. ) | |
| ) | |
| ENERFIN RESOURCES LLP, dba ) | |
| ENERFIN RESOURCES COMPANY, ) | |
| A Texas Limited Partnership, ) | |
| ) | |
| Defendant. | |

### RETURN OF SERVICE BY MAIL

I, RICHARD E. BUTNER, Attorney for Plaintiffs, after being duly sworn upon my oath, state as follows, to-wit:

THAT I CAUSED A COPY OF THE PETITION AND SUMMONS TO BE SERVED UPON THE DEFENDANT as evidenced by the ATTACHED RECEIPTS. THAT DEFENDANT'S SERVICE AGENT signed for and received the SUMMONS and PETITION on June 5, 2023 as evidenced herein.

THAT ATTACHED IS THE "GREEN CARD" receipt and CERTIFIED MAIL RECEIPT.

_____
Richard E. Butner, OBA #1385
Attorney for Plaintiffs

Subscribed and sworn to before me this 20th day of June, 2023.

_____
Notary/Deputy Court Clerk

SEAL  [Notary Seal: TINA BUTNER, NOTARY, #02015547, EXP. 09/30/26, STATE OF OKLAHOMA, PUBLIC]

**EXHIBIT 3**



