IN THE DISTRICT COURT OF SEMINOLE COUNTY
STATE OF OKLAHOMA

SEMINOLE COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT
JUN 2 9 2023
KIM A. DAVIS, COURT CLERK
BY_____ DEPUTY

SEAN BREWER and JANET BREWER, husband and wife,

Plaintiffs,

v.

ENERFIN RESOURCES LLP d/b/a ENERFIN RESOURCES COMPANY, a Texas limited partnership,

Defendants.

Case No. CJ-2023-57

## ENTRY OF APPEARANCE AND RESERVATION OF TIME

Jay W. Dobson and Sean-Michael Brady enter their appearances as counsel for Defendant Enerfin Resources LLP d/b/a Enerfin Resources Company in the above-captioned matter, reserving an additional twenty days in which to answer or further plead. The undersigned further consent to the service of all filings in this case via email to the following email addresses: jdobson@eliasbooks.com, mbrady@eliasbooks.com, and ktrowbridge@eliasbooks.com; provided, all filings must be sent to each listed email address in order to effectuate valid service.

Jay W. Dobson, OBA No. 32546
Sean-Michael Brady, OBA No. 33842
ELIAS, BOOKS, BROWN & NELSON, P.C.
Two Leadership Square
211 North Robinson, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone:   (405) 232-3722
Facsimile:   (405) 232-3746
Email:       jdobson@eliasbooks.com
             mbrady@eliasbooks.com
**ATTORNEYS FOR DEFENDANT**

**EXHIBIT 4**

## CERTIFICATE OF SERVICE

I certify that on June 23, 2023, I caused to be emailed and mailed by U. S. Mail, postage fully prepaid thereon, a true and correct copy of the foregoing document to the following counsel of record:

Richard E. Butner
Rhett Butner
BUTNER & BUTNER
P.O. Box 1460
Wewoka, OK 74884
richardbutner9@msn.com



2

EXHIBIT 4