

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>SEMINOLE COUNTY</u>, OKLAHOMA

| | |
|---|---|
| BREWER, SEAN et al VS. ENERFIN RESOURCES COMPANY | No. CJ-2023-00057<br>(Civil relief more than $10,000: DAMAGES)<br><br>Filed: 05/26/2023<br><br>Judge: OLSEN, THE HONORABLE TIMOTHY |

## PARTIES

BREWER, SEAN, Plaintiff
BREWER, JANET, Plaintiff
ENERFIN RESOURCES COMPANY, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| DOBSON, JAY W.<br>TWO LEADERSHIP SQUARE, STE. 1300<br>211 N. ROBINSON AVE<br>OKLAHOMA CITY, OK 73102 | |

## EVENTS

None

## ISSUES

1. DAMAGES

## DOCKET

| Date | Code | Description |
|---|---|---|

EXHIBIT 6

| Date | Type | | Amount |
|---|---|---|---|
| 05/26/2023 | [ TEXT ] | | $ 163.00 |
| | PETITION | | |
| | Document Available (#1051838013) TIFF PDF | | |
| | (Entry with fee only) | | $ 6.00 |
| | (Entry with fee only) | | $ 7.00 |
| | (Entry with fee only) | | $ 25.00 |
| | (Entry with fee only) | | $ 10.00 |
| | (Entry with fee only) | | $ 5.00 |
| | (Entry with fee only) | | $ 0.50 |
| | (Entry with fee only) | | $ 1.55 |
| | (Entry with fee only) | | $ 0.16 |
| | (Entry with fee only) | | $ 10.00 |
| | (Entry with fee only) | | $ 1.00 |
| | (Entry with fee only) | | $ 0.45 |
| | (Entry with fee only) | | $ 2.48 |
| | (Entry with fee only) | | $ 10.00 |
| 05/26/2023 | [ TEXT ] | | $ 10.00 |
| | ISSUED SUMMONS BACK TO ATTY FOR SERVICE | | |
| | Document Available (#1051438214) TIFF PDF | | |
| 06/21/2023 | [ TEXT ] | | |
| | SUMMONS RETURNED SERVED | | |
| | Document Available (#1052017273) TIFF PDF | | |
| 06/29/2023 | [ TEXT ] | | |
| | ENTRY OF APPEARANCE AND RESERVATION OF TIME | | |
| | Document Available (#1051976766) TIFF PDF | | |
| 07/17/2023 | [ TEXT ] | | |
| | DEFENDANT ENERFIN RESOURCES I LIMITED PARTNERSHIP'S | | |
| | Document Available (#1052049731) TIFF PDF | | |
| | ANSWER TO PLAINTIFF'S PETITION | | |
| 01/10/2024 | [ TEXT ] | | |
| | MOTION TO SCHEDULE | | |
| | Document Available (#1051796157) TIFF PDF | | |

EXHIBIT 6