IN THE DISTRICT COURT WITHIN AND FOR SEMINOLE COUNTY

STATE OF OKLAHOMA

SEMINOLE COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

JAN 1 0 2024

KIM A. DAVIS, COURT CLERK
BY_____ DEPUTY

| | |
|---|---|
| SEAN BREWER and JANET BREWER, | ) |
| Plaintiffs, | ) |
| vs. | ) CJ-2023-57 |
| ENERFIN RESOURCES I LP, dba ENERFIN RESOURCES COMPANY, A Texas Limited Partnership, | ) ) ) ) |
| Defendant. | ) ) |

## MOTION TO SCHEDULE

COME now the PLAINTIFFS, SEAN BREWER and JANET BREWER, and for their MOTION TO SCHEDULE, show to this Honorable Court as follows, to-wit:

1. THAT Plaintiffs filed their PETITION herein on May 26, 2023 praying for damages.

2. THAT Defendant filed its ANSWER TO PLAINTIFFS' PETITION on July 17, 2023 and the case is now "at issue."

WHEREFORE, premises considered, PLAINTIFFS pray that the captioned case be set for a SCHEDULING CONFERENCE and upon hearing this MOTION TO SCHEDULE that a SCHEDULING ORDER be entered, and for such other and further relief proper in the premises.

**CERTIFICATE OF MAILING:** I, RICHARD E. BUTNER, hereby certify that on this 10th day of January, 2024, I mailed, with sufficient postgage prepaid thereon, a true and correct copy of the above MOTION TO SCHEDULE to Defendant's Attorney, Jay W. Dobson, Two Leadership Square, Suite 1300, 211 N. Robinson Avenue, OKC, OK 73102-7114.

Richard E. Butner, OBA #1385
Rhett Butner, OBA # 22514
Attorneys for Plaintiffs

BUTNER & BUTNER
Attorneys at Law
P.O. Box 1460
Wewoka, OK 74884

(405) 257-6254
FAX: 257-5638
richardbutner9@msn.com

EXHIBIT 6-A