# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN BREWER and JANET BREWER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 6:24-cv-00221-JAR |
| | ) |
| ENERFIN RESOURCES I LP, dba | ) |
| ENERFIN RESOURCES COMPANY, | ) |
| A Texas Limited Partnership | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW, David P. Page, of the firm Environmental Energy & Natural Resources Advocates, PLLC, and hereby enters his appearance as counsel of record on behalf of Plaintiffs Sean Brewer and Janet Brewer.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated: September 6, 2024.

Respectfully submitted,

*S/* David. P. Page
David P. Page, OBA #6852
**Environmental Energy & Natural Resources Advocates, PLLC**
1921 S. Boston Ave.
Tulsa, OK 74119
918.764.8984 Telephone
dpage@eenradvocates.com
***Attorney for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

**Jay W. Dobson**
**Sean-Michael Brady**
**Elias Books Brown & Nelson, PC**
**211 N Robinson Ave, Ste 1300**
**Oklahoma City, OK 73102-7149**
**405-232-3722**
jdobson@eliasbooks.com
mbrady@eliasbooks.com

**Richard E. Butner**
**Rhett Butner**
**Butner & Butner**
**PO Box 1460**
**Wewoka, OK 74884**
**405-257-6254**
**405-257-5638 (fax)**
richardbutner9@msn.com

                                                       */s/* David P. Page_____